E. Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

June 12, 2020

Office of the Clerk
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **Samenski, Nicholas & Alysea**
  **1:20-bk-01420**

Dear Sirs:

Please change the address for the Debtors:

Old Address:

Nicholas & Alysea Samenski
229 Country Ridge Drive
Red Lion, PA 17356

**New Address:**

**Nicholas & Alysea Samenski**
**105 Windy Willow Court**
**Goldsboro, NC 27530**


Thank you.

Sincerely,

/s/ E. Haley Rohrbaugh

E. Haley Rohrbaugh

EHR/klb