```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 20-01420-HWV
Nicolas G. Samenski                                                 Chapter 13
Alysea M. Samenski
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: AutoDocke              Page 1 of 2            Date Rcvd: Jun 15, 2020
                              Form ID: ntcnfhrg            Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db/jdb         +Nicolas G. Samenski,    Alysea M. Samenski,    105 Windy Willow Court,    Goldsboro, NC 27530-9647
5324537        +BANK OF AMERICA,    P.O. BOX 45144,    JACKSONVILLE, FL 32232-5144
5324539        +BARCLAYS BANK DELAWARE,    700 PRIDES CROSSING,    NEWARK, DE 19713-6109
5324538        +BARCLAYS BANK DELAWARE,    P.O. BOX 8801,    WILMINGTON, DE 19899-8801
5329094         Bank of America, N.A.,    PO BOX 31785,    Tampa, FL 33631-3785
5324542        +CAPITAL ONE,   N56 W 17000 RIDGEWOOD DR.,    MENOMONEE FALLS, WI 53051-5660
5324548        +CAPITAL ONE BANK,    P.O. BOX 60,    SAINT CLOUD, MN 56302-0060
5324532        +E. HALEY ROHRBAUGH,    CGA LAW FIRM,    135 NORTH GEORGE STREET,    YORK, PA 17401-1132
5328817        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5328808        +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
5324557        +MIDLAND FUNDING,    350 CAMINO DE LA REINE,    STE 100,    SAN DIEGO, CA 92108-3007
5324531        +NICOLAS G. SAMENSKI,    ALYSEA M. SAMENSKI,    105 Windy Willow Court,    Goldsboro, NC 27530-9647
5324534        +PA DEPARTMENT OF REVENUE,    PO BOX 281061,    HARRISBURG, PA 17128-1061
5324560        +PENNYMAC,    P.O. BOX 514387,    LOS ANGELES, CA 90051-4387
5324533        +SECRETARY OF TREASURY,    15TH & PENN AVENUE NW,    WASHINGTON, DC 20220-0001
5324563        +USDOE/GLELSI,    ATTN: BANKRUPTCY,    PO BOX 7860,    MADISON, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5324543        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:41      CAPITAL ONE,
                 PO BOX 85619,    RICHMOND, VA 23285-5619
5324547         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:47:33      CAPITAL ONE BANK,
                 15000 CAPITAL ONE DRIVE,    RICHMOND, VA 23238
5324541        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:06      CAPITAL ONE,
                 P.O. BOX 30285,    SALT LAKE CITY, UT 84130-0285
5324540        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:42      CAPITAL ONE,
                 ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5324545         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:47:33      CAPITAL ONE BANK,
                 P.O. BOX 71107,    CHARLOTTE, NC 28272-1107
5324544         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:05      CAPITAL ONE BANK,
                 P.O. BOX 70885,    CHARLOTTE, NC 28272-0885
5324546        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:41      CAPITAL ONE BANK,
                 PO BOX 30281,    SALT LAKE CITY, UT 84130-0281
5324549        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:42
                 CAPITAL ONE BANK (USA), N.A.*,     1680 CAPITAL ONE DRIVE,    MC LEAN, VA 22102-3407
5324554        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 15 2020 19:43:53       COMENITY BANK/TORRID,
                 P.O. BOX 182125,    COLUMBUS, OH 43218-2125
5324555        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 15 2020 19:43:53
                 COMENITY BANK/VICTORIA SECRET,    P.O. BOX 182125,    COLUMBUS, OH 43218-2125
5324556        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 15 2020 19:43:53       COMENITY BKL/ULTA,
                 P.O. BOX 182125,    COLUMBUS, OH 43218-2125
5333810         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:48:42
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5324535         E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 15 2020 19:43:45      INTERNAL REVENUE SERVICE,
                 CENTRALIZED INSOLVENCY OPERATION,    P.O. BOX 7346,    PHILADELPHIA, PA 19101-7346
5324550         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 15 2020 19:48:39      CHASE BANK N.A.,
                 CARDMEMBER SERVICE,    P.O.BOX 15153,    WILMINGTON, DE 19886
5324551         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 15 2020 19:48:41      CHASE BANK USA,
                 800 BROOKSEDGE BLVD,    WESTERVILLE, OH 43081
5324552         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 15 2020 19:48:41      CHASE BANK USA, N.A.,
                 3700 WISEMAN BLVD.,    SAN ANTONIO, TX 78251
5324553         E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 15 2020 19:47:34      CHASE CARD SERVICES,
                 P.O. BOX 15298,    WILMINGTON, DE 19850
5324558        +E-mail/Text: bankruptcynotices@psecu.com Jun 15 2020 19:44:20      P S E C U,    P.O. BOX 67013,
                 HARRISBURG, PA 17106-7013
5324559        +E-mail/Text: bankruptcynotices@psecu.com Jun 15 2020 19:44:20      PENNSYLVANIA STATE ECU,
                 P.O. BOX 67013,    HARRISBURG, PA 17106-7013
5324561        +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:59      SYNCHRONY BANK,    P.O. BOX 965060,
                 ORLANDO, FL 32896-5060
5324562        +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:59      SYNCHRONY/ASHLEY FURNITURE,
                 P.O. BOX 965060,    ORLANDO, FL 32896-5060
5324536        +E-mail/Text: kcm@yatb.com Jun 15 2020 19:43:42      YORK ADAMS TAX BUREAU,    PO BOX 15627,
                 YORK, PA 17405-0156
                                                                                             TOTAL: 22
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5329417*        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o National Bankruptcy Services, LLC,    P.O. Box 9013,    Addison, Texas 75001-9013
                                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 1 Nicolas G. Samenski hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              Elizabeth Haley Rohrbaugh    on behalf of Debtor 2 Alysea M. Samenski hrohrbaugh@cgalaw.com,
               kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com
              James    Warmbrodt    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Nicolas G. Samenski,
    **Debtor 1**

Alysea M. Samenski,
aka Alysea Hallmen,
    **Debtor 2**

Chapter 13

Case No. 1:20–bk–01420–HWV

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**July 15, 2020** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866–582–6878, no later than 24 hours, before your hearing. | Date: July 22, 2020<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013–3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074–1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101–1737<br>(717) 901–2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 15, 2020 |

ntcnfhrg (03/18)