UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICOLAS G. SAMENSKI   ALYSEA M. SAMENSKI AKA: ALYSEA HALLMEN
        Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
        Movant

CASE NO: 1-20-01420-HWV

vs.

NICOLAS G. SAMENSKI   ALYSEA M. SAMENSKI AKA: ALYSEA HALLMEN
        Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on September 14, 2020, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1. A Plan was filed on April 30, 2020.

2. A hearing was held and an Order was entered on July 22, 2020 directing that an amended plan be filed within thirty (30) days.

3. As of the date of this Motion, an amended plan has not been filed.

4. The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable plan.

    Respectfully submitted,

    s/   James K. Jones, Esq.
    Id:  39031
    Attorney for Trustee
    Charles J. DeHart, III
    Standing Chapter 13 Trustee
    Ste. A, 8125 Adams Drive
    Hummelstown, PA   17036
    Ph.   717-566-6097
    Fax. 717-566-8313
    eMail: jjones@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICOLAS G. SAMENSKI
ALYSEA M. SAMENSKI
AKA: ALYSEA HALLMEN     CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III     CASE NO: 1-20-01420-HWV
CHAPTER 13 TRUSTEE
Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

Ronald Reagan Federal Bldg     Date: October 28, 2020
Bankruptcy Courtroom, 3rd Floor
228 Walnut Street
Harrisburg, PA 17101     Time: 09:35 AM

Any objection or response filed must be filed with the Clerk, U.S. Bankruptcy Court and served on the Chapter 13 Trustee.

Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Email: dehartstaff@pamd13trustee.com

Dated: September 14, 2020

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: NICOLAS G. SAMENSKI<br>ALYSEA M. SAMENSKI AKA: ALYSEA HALLMEN<br><br>Debtor(s)<br><br>CHARLES J. DEHART, III<br>CHAPTER 13 TRUSTEE<br>Movant<br><br>NICOLAS G. SAMENSKI<br>ALYSEA M. SAMENSKI AKA: ALYSEA HALLMEN<br><br>Respondent(s) | CHAPTER 13<br><br>CASE NO: 1-20-01420-HWV |

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 14, 2020, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail, unless served electronically.

E. HALEY ROHRBAUGH                                        Served electronically
CGA LAW FIRM, P.C.
135 NORTH GEORGE ST
YORK, PA   17401-

United States Trustee                                             Served electronically
228 Walnut Street
Suite 1190
Harrisburg, PA   17101

NICOLAS G. SAMENSKI                                       Served by 1st Class Mail
105 WINDY WILLOW COURT
GOLDSBORO, NC   27530-

I certify under penalty of perjury that the foregoing is true and correct.

Date:   September 14, 2020

Respectfully,
Vickie Williams
for Charles J. DeHart, III, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA   17036
Phone:   (717) 566-6097
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: NICOLAS G. SAMENSKI
ALYSEA M. SAMENSKI
AKA: ALYSEA HALLMEN

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

NICOLAS G. SAMENSKI
ALYSEA M. SAMENSKI
AKA: ALYSEA HALLMEN

CHAPTER 13

CASE NO: 1-20-01420-HWV

    Respondent(s)

### ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.