United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Nicolas G. Samenski  
Alysea M. Samenski  
    Debtor(s)

Case No. 20-01420-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 3  
Date Rcvd: Oct 28, 2020     Form ID: orcnfpln     Total Noticed: 43

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 30, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicolas G. Samenski, Alysea M. Samenski, 105 Windy Willow Court, Goldsboro, NC 27530-9647 |
| 5324537 | + | BANK OF AMERICA, P.O. BOX 45144, JACKSONVILLE, FL 32232-5144 |
| 5324539 | + | BARCLAYS BANK DELAWARE, 700 PRIDES CROSSING, NEWARK, DE 19713-6109 |
| 5324538 | + | BARCLAYS BANK DELAWARE, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5329094 | | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5324542 | + | CAPITAL ONE, N56 W 17000 RIDGEWOOD DR., MENOMONEE FALLS, WI 53051-5660 |
| 5324548 | + | CAPITAL ONE BANK, P.O. BOX 60, SAINT CLOUD, MN 56302-0060 |
| 5324532 | + | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5328817 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5328808 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5324557 | + | MIDLAND FUNDING, 350 CAMINO DE LA REINE, STE 100, SAN DIEGO, CA 92108-3007 |
| 5324531 | + | NICOLAS G. SAMENSKI, ALYSEA M. SAMENSKI, 105 Windy Willow Court, Goldsboro, NC 27530-9647 |
| 5324534 | + | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5324560 | + | PENNYMAC, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5341171 | + | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5324533 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |
| 5324563 | + | USDOE/GLELSI, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5324540 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:55:18 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5324547 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:55:55 | CAPITAL ONE BANK, 15000 CAPITAL ONE DRIVE, RICHMOND, VA 23238 |
| 5324541 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:55:55 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5324543 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:54:41 | CAPITAL ONE, PO BOX 85619, RICHMOND, VA 23285-5619 |
| 5324545 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:54:42 | CAPITAL ONE BANK, P.O. BOX 71107, CHARLOTTE, NC 28272-1107 |
| 5324544 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:55:18 | CAPITAL ONE BANK, P.O. BOX 70885, CHARLOTTE, NC 28272-0885 |
| 5324546 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:54:42 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5324549 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:55:55 | CAPITAL ONE BANK (USA), N.A.*, 1680 CAPITAL ONE DRIVE, MC LEAN, VA 22102-3407 |
| 5324554 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 28 2020 18:56:00 | COMENITY BANK/TORRID, P.O. BOX 182125, COLUMBUS, OH 43218-2125 |
| 5324555 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 18:56:00 | COMENITY BANK/VICTORIA SECRET, P.O. BOX 182125, COLUMBUS, OH 43218-2125 |
| 5324556 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 28 2020 18:56:00 | COMENITY BKL/ULTA, P.O. BOX 182125, COLUMBUS, OH 43218-2125 |
| 5333810 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 28 2020 18:55:55 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5324535 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 28 2020 18:56:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5324550 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 18:55:54 | CHASE BANK N.A., CARDMEMBER SERVICE, P.O.BOX 15153, WILMINGTON, DE 19886 |
| 5324551 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 18:55:54 | CHASE BANK USA, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081 |
| 5324552 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 18:55:54 | CHASE BANK USA, N.A., 3700 WISEMAN BLVD., SAN ANTONIO, TX 78251 |
| 5324553 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 28 2020 18:55:54 | CHASE CARD SERVICES, P.O. BOX 15298, WILMINGTON, DE 19850 |
| 5339301 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 28 2020 18:56:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5324558 | + | Email/Text: bankruptcynotices@psecu.com | Oct 28 2020 18:56:00 | P S E C U, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5324559 | + | Email/Text: bankruptcynotices@psecu.com | Oct 28 2020 18:56:00 | PENNSYLVANIA STATE ECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5337782 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 28 2020 18:55:56 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5340324 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 18:56:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5340327 | | Email/Text: bnc-quantum@quantum3group.com | Oct 28 2020 18:56:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5324561 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 18:55:54 | SYNCHRONY BANK, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5324562 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 28 2020 18:55:54 | SYNCHRONY/ASHLEY FURNITURE, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| 5324536 | + | Email/Text: kcm@yatb.com | Oct 28 2020 18:56:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5329417 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| jdb | *+ | Alysea M. Samenski, 105 Windy Willow Court, Goldsboro, NC 27530-9647 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 30, 2020  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2020 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Nicolas G. Samenski hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Alysea M. Samenski hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,tlocondro@cgalaw.com,jrosenau@cgalaw.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Nicolas G. Samenski, | Chapter 13 |
| **Debtor 1** | |
| Alysea M. Samenski, aka Alysea Hallmen, | Case No. 1:20−bk−01420−HWV |
| **Debtor 2** | |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on September 14, 2020. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: October 28, 2020

By the Court,

*Henry W. Van Eck*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

orcnfpln(05/18)