

E. Haley Rohrbaugh, Attorney
hrohrbaugh@cgalaw.com
Ext. 136

February 11, 2025

Mr. Seth F. Eisenberg
Clerk of the Bankruptcy Court
Sylvia H. Rambo U.S. Courthouse
1501 North 6th Street
Harrisburg, PA 17102

Re: **Samenski, Nicholas & Alysea**
**1:20-bk-01420**

Dear Sirs:

Please change the address for the Debtors:

Old Address:

Nicholas & Alysea Samenski
105 Windy Willow Court
Goldsboro, NC 27530

**New Address:**

**Nicholas & Alysea Samenski**
**5415 Amaryllis Garden Street**
**Apollo Beach, Fl 33572**

Thank you.

Sincerely,

/s/ E. Haley Rohrbaugh

E. Haley Rohrbaugh
EHR/klb

**YORK OFFICE**
135 N. George Street, York, PA 17401
(717) 848-4900

**EAST BERLIN OFFICE**
106 Harrisburg Street, P.O. Box 606, East Berlin, PA 17316
(717) 259-9592

**HANOVER OFFICE**
215 Broadway, Hanover, PA 17331
(717) 632-0067

www.cgalaw.com

Case 1:20-bk-01420-HWV    Doc 55    Filed 02/11/25    Entered 02/11/25 10:38:32    Desc
Main Document    Page 1 of 1