In re:                                                  Case No. 20-01420-HWV

Nicolas G. Samenski                            Chapter 13

Alysea M. Samenski

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                       User: AutoDocke                       Page 1 of 3

Date Rcvd: May 16, 2025                Form ID: 3180W                       Total Noticed: 43

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Nicolas G. Samenski, Alysea M. Samenski, 5415 Amaryllis Garden Street, Apollo Beach, FL 33572-2797 |
| 5324531 | + | NICOLAS G. SAMENSKI, ALYSEA M. SAMENSKI, 5415 Amaryllis Garden Street, Apollo Beach, FL 33572-2797 |
| 5324533 | + | SECRETARY OF TREASURY, 15TH & PENN AVENUE NW, WASHINGTON, DC 20220-0001 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5324537 | + | EDI: BANKAMER | May 16 2025 22:42:00 | BANK OF AMERICA, P.O. BOX 45144, JACKSONVILLE, FL 32232-5144 |
| 5324539 | + | EDI: TSYS2 | May 16 2025 22:42:00 | BARCLAYS BANK DELAWARE, 700 PRIDES CROSSING, NEWARK, DE 19713-6109 |
| 5324538 | + | EDI: TSYS2 | May 16 2025 22:42:00 | BARCLAYS BANK DELAWARE, P.O. BOX 8801, WILMINGTON, DE 19899-8801 |
| 5329094 | | EDI: BANKAMER | May 16 2025 22:42:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 5324540 | + | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5324542 | + | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE, N56 W 17000 RIDGEWOOD DR., MENOMONEE FALLS, WI 53051-5660 |
| 5324547 | | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE BANK, 15000 CAPITAL ONE DRIVE, RICHMOND, VA 23238 |
| 5324541 | + | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE, P.O. BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5324543 | + | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE, PO BOX 85619, RICHMOND, VA 23285-5619 |
| 5324548 | + | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE BANK, P.O. BOX 60, SAINT CLOUD, MN 56302-0060 |
| 5324545 | | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE BANK, P.O. BOX 71107, CHARLOTTE, NC 28272-1107 |
| 5324544 | | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE BANK, P.O. BOX 70885, CHARLOTTE, NC 28272-0885 |
| 5324546 | + | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE BANK, PO BOX 30281, SALT LAKE CITY, UT 84130-0281 |
| 5324549 | + | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | CAPITAL ONE BANK (USA), N.A.*, 1680 CAPITAL ONE DRIVE, MC LEAN, VA 22102-3407 |
| 5324550 | + | EDI: JPMORGANCHASE | May 16 2025 22:42:00 | CHASE BANK N.A., CARDMEMBER |

| | | | | |
|---|---|---|---|---|
| | | | | SERVICE, P.O.BOX 15153, WILMINGTON, DE 19886-5153 |
| 5324551 | + | EDI: JPMORGANCHASE | May 16 2025 22:42:00 | CHASE BANK USA, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081-2822 |
| 5324552 | + | EDI: JPMORGANCHASE | May 16 2025 22:42:00 | CHASE BANK USA, N.A., 3700 WISEMAN BLVD., SAN ANTONIO, TX 78251-4322 |
| 5324553 | + | EDI: JPMORGANCHASE | May 16 2025 22:42:00 | CHASE CARD SERVICES, P.O. BOX 15298, WILMINGTON, DE 19850-5298 |
| 5324554 | + | EDI: WFNNB.COM | May 16 2025 22:42:00 | COMENITY BANK/TORRID, P.O. BOX 182125, COLUMBUS, OH 43218-2125 |
| 5324555 | + | EDI: WFNNB.COM | May 16 2025 22:42:00 | COMENITY BANK/VICTORIA SECRET, P.O. BOX 182125, COLUMBUS, OH 43218-2125 |
| 5324556 | + | EDI: WFNNB.COM | May 16 2025 22:42:00 | COMENITY BKL/ULTA, P.O. BOX 182125, COLUMBUS, OH 43218-2125 |
| 5333810 | | EDI: CAPITALONE.COM | May 16 2025 22:42:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5324532 | + | Email/Text: hrohrbaugh@cgalaw.com | May 16 2025 18:43:00 | E. HALEY ROHRBAUGH, CGA LAW FIRM, 135 NORTH GEORGE STREET, YORK, PA 17401-1132 |
| 5324535 | | EDI: IRS.COM | May 16 2025 22:42:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATION, P.O. BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5328817 | + | Email/Text: RASEBN@raslg.com | May 16 2025 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5328808 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | May 16 2025 18:43:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5324557 | + | Email/Text: bankruptcydpt@mcmcg.com | May 16 2025 18:43:00 | MIDLAND FUNDING, 350 CAMINO DE LA REINE, STE 100, SAN DIEGO, CA 92108-3007 |
| 5339301 | + | Email/Text: bankruptcydpt@mcmcg.com | May 16 2025 18:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5324558 | + | EDI: G2RSPSECU | May 16 2025 22:42:00 | P S E C U, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5324534 | + | EDI: PENNDEPTREV | May 16 2025 22:42:00 | PA DEPARTMENT OF REVENUE, PO BOX 281061, HARRISBURG, PA 17128-1061 |
| 5324559 | + | EDI: G2RSPSECU | May 16 2025 22:42:00 | PENNSYLVANIA STATE ECU, P.O. BOX 67013, HARRISBURG, PA 17106-7013 |
| 5324560 | + | Email/PDF: ebnotices@pnmac.com | May 16 2025 18:45:01 | PENNYMAC, P.O. BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5337782 | | EDI: PRA.COM | May 16 2025 22:42:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5341171 | + | Email/PDF: ebnotices@pnmac.com | May 16 2025 18:55:24 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5340324 | | EDI: Q3G.COM | May 16 2025 22:42:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5340327 | | EDI: Q3G.COM | May 16 2025 22:42:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5324561 | + | EDI: SYNC | May 16 2025 22:42:00 | SYNCHRONY BANK, P.O. BOX 965060, ORLANDO, FL 32896-5060 |

| 5324562 | + EDI: SYNC | May 16 2025 22:42:00 | SYNCHRONY/ASHLEY FURNITURE, P.O. BOX 965060, ORLANDO, FL 32896-5060 |
| --- | --- | --- | --- |
| 5324563 | + Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | May 16 2025 18:43:00 | USDOE/GLELSI, ATTN: BANKRUPTCY, PO BOX 7860, MADISON, WI 53707-7860 |
| 5324536 | + Email/Text: kcm@yatb.com | May 16 2025 18:43:00 | YORK ADAMS TAX BUREAU, PO BOX 15627, YORK, PA 17405-0156 |

TOTAL: 40

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5329417 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 1 Nicolas G. Samenski hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Elizabeth Haley Rohrbaugh | on behalf of Debtor 2 Alysea M. Samenski hrohrbaugh@cgalaw.com kbrayboy@cgalaw.com,rminello@cgalaw.com,ephillips@cgalaw.com,rshearer@cgalaw.com,jhall@cgalaw.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| James Warmbrodt | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Nicolas G. Samenski <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2420 <br> EIN  \_\_–_____ |
| Debtor 2 <br> (Spouse, if filing) | Alysea M. Samenski <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2357 <br> EIN  \_\_–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:20–bk–01420–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nicolas G. Samenski

Alysea M. Samenski
aka Alysea Hallmen

**By the court:**

5/16/25

*[signature]* Henry W. Van Eck

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**